# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMAD ANEES,<br>    Plaintiff<br><br>    v.<br><br>JANET NAPOLITANO, Secretary,<br>U.S. Department of Homeland<br>Security, et al.,<br>    Defendant | CIVIL ACTION NO. 3:12-cv-30183-MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the plaintiff's complaint.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated:  September 24, 2013

/s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
    [jgm.]